IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br>    v.<br><br>CALVIN J. CARTER, and<br>MALIK M. WASHINGTON,<br><br>                      Defendants. | 8:23CR163<br><br><br>ORDER |

      This matter is before the Court on the defendant Calvin J. Carter's unopposed Motion to Continue Trial (Filing No. 72). Due to counsel's schedule, counsel needs additional time to review evidence and conduct plea negotiations. Counsel for government and co-defendant Malik M. Washington have no objection to the continuance.  For good cause shown,

      IT IS ORDERED that the Unopposed Motion to Continue Trial (Filing No. 72) is granted as follows:

1. The jury trial, **for both defendants**, now set for September 30, 2024, is continued to **December 16, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and December 16, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

      Dated this 5th day of September 2024.

                                                                   BY THE COURT:

                                                                   Robert F. Rossiter, Jr.
                                                                   Chief United States District Judge