IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CALVIN J. CARTER,<br><br>    Defendant. | 8:23CR163<br><br>ORDER ON PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE |

  The defendant appeared before the Court on April 7, 2025 regarding Petition for Action on Conditions of Pretrial Release [112]. Jason Troia represented the defendant. Donald Kleine represented the government. The defendant was advised of the alleged violation(s) of pretrial release, the possible sanctions for violation of a release condition, and the right to a hearing in accordance with the Bail Reform Act. 18 U.S.C. § 3148.

  The government requests an order of revocation and detention. The defendant requested a continuance before Chief Judge Robert F. Rossiter, Jr. which was granted. A revocation and detention hearing is scheduled before Chief Judge Robert F. Rossiter, Jr. in Courtroom 4, 3rd Floor, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE, on Friday, April 25, 2025 at 2:00 p.m.

  **IT IS SO ORDERED**.

  Dated this 7th day of April, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge
